# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

JOHN HENRY MILLER,                   :   No. 60 WM 2019
                                     :
              Petitioner             :
                                     :
                                     :
                                     :
       v.                            :
                                     :
                                     :
                                     :
PENNSYLVANIA BOARD OF                :
PROBATION AND PAROLE,                :
                                     :
              Respondent             :

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of November, 2019, the Petition for Leave to File for Allowance of Appeal *Nunc Pro Tunc* is GRANTED. The Prothonotary is DIRECTED to accept the Petition for Allowance of Appeal for filing.